**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1545**

GEORGE L. PETTY; STEVEN L. PETTY,

        Plaintiffs - Appellants,

      v.

JOSEPH N. CROSSWHITE; THEODORE S. ROYSTER; DONNA S. STROUD;
MARTHA A. GEER; CRESSIE H. THIGPEN, JR.; BARBARA JACKSON;
CITY OF KANNAPOLIS,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  William L. Osteen,
Jr., Chief District Judge.  (1:12-cv-00162-WO-JLW)

Submitted:  July 18, 2013         Decided:  July 22, 2013

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George L. Petty; Steven L. Petty, Appellants Pro Se.  Grady L.
Balentine, Jr., Special Deputy Attorney General, Raleigh, North
Carolina; Melanie Dawn Johnson Raubach, HAMILTON, STEPHENS,
STEELE & MARTIN, PLLC, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George L. Petty and Steven L. Petty appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Petty v. Crosswhite, No. 1:12-cv-00162-WO-JLW (M.D.N.C. Apr. 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED